252 So.2d 668

STATE of Louisiana, Through the DE-
PARTMENT OF HIGHWAYS

v.

Zeadous M. HART.

No. 51642.

Oct. 1, 1971.

In re: Zeadous M. Hart, applying for
certiorari, or writ of review, to the Court
of Appeal, First Circuit, Parish of Tangi-
pahoa. 249 So.2d 310.

Application denied; on the facts found by
the Court of Appeal, their judgment is cor-
rect.

■

252 So.2d 669

Logan H. BAGBY, Jr., et al.

v.

Clarence H. CLAUSE et al.

No. 51643.

Oct. 1, 1971.

In re: Logan H. Bagby, Jr., Romayne
Semour Baker, · Doris Jikaku Noble and
Guy Michael Noble applying for certiorari
or writ of review, to the Court of Appeal,
First Circuit, Parish of Assumption. 251
So.2d 172.

. Writ refused. On the facts found by the
Court of Appeal, the result is correct.